No. 6551.  DESONIA *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 6587.  VICTOR *v.* NEW JERSEY.  Super. Ct. N. J. Certiorari denied.

No. 6626.  DI GIANGIEMO *v.* NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 1102.  DI GIAMBERARDINO *v.* NEW JERSEY.  Super. Ct. N. J.  Motion to dispense with printing petition granted.  Certiorari denied.

No. 1204.  HAIFLEY *v.* UNITED STATES.  C. A. 10th Cir.  Motion to dispense with printing petition granted. Certiorari denied.

No. 1134.  NOONAN *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 1163.  DASH ET AL. *v.* COMMANDING GENERAL, FORT JACKSON, SOUTH CAROLINA, ET AL.  C. A. 4th Cir. Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 1179.  SELLERS ET AL. *v.* REGENTS OF THE UNIVERSITY OF CALIFORNIA.  C. A. 9th Cir.  Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 1186.  MESCALERO APACHE TRIBE ET AL. *v.* RUSSELL, ACTING SECRETARY OF THE INTERIOR.  C. A. 10th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.